IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 96-WY-2686-WD

TROUT UNLIMITED, et. al.

Plaintiff(s),

v.

THE UNITED STATES DEPARTMENT OF AGRICULTURE, et. al.

Defendant(s).

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### RE EAJA FEES AND EXPENSES

---

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs and the federal defendants, the only parties affected by *Plaintiffs' Motion For Attorneys' Fees And Expenses Under The Equal Access To Justice Act* filed July 26, 2006 (the "EAJA Motion"), having reached a fair and reasonable settlement thereof, STIPULATE AND AGREE AND THE COURT HEREBY ORDERS that the EAJA Motion shall be dismissed in its entirety with prejudice, with no further award of costs.

This fee settlement does not affect the status of any of the parties or their positions in the underlying administrative case remanded by this Court to the Forest Service April 30, 2004.

The Court shall retain jurisdiction to ensure compliance with the settlement.

DATED this ___ day of May, 2007.

BY THE COURT:

_____
The Honorable Willam F. Downs
District Court Judge

1

Respectfully submitted,

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | FOR THE UNITED STATES |
| | SUE ELLEN WOOLDRIDGE |
| By: s/ J. Gregory Whitehair | Assistant Attorney General |
| J. GREGORY WHITEHAIR | Environment and Natural Resources |
| 1801 California St., Suite 4200 | |
| Denver, CO 80202 | By: s/ David W. Gehlert |
| Telephone: 303.298.5700 | DAVID W. GEHLERT |
| Fax:    303.296.5310 | Natural Resources Section |
| | U.S. Department of Justice |
| Christopher H. Buckley, Jr./Michael Murphy | 1961 Stout St., Suite 800 |
| GIBSON, DUNN & CRUTCHER LLP | Denver, CO 80294 |
| 1050 Connecticut Ave., N.W. | |
| Washington, DC | |
| | |
| Attorneys for Plaintiffs | Attorneys for Federal Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2007, I electronically filed the foregoing Stipulation for Dismissal with Prejudice re EAJA Fees and Expenses with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**J. Gregory Whitehair, Esq.**
**Michael Kemp Murphy, Esq.**
Gibson, Dunn & Crutcher-Colorado
gwhitehair@gibsondunn.com
mmurphy@gibsondunn.com

**James Stow Witwer, Esq.**
Trout, Witwer & Freeman, P.C.
jwitwer@troutlaw.com

**William Ross Fischer, Esq.**
Fischer, Brown & Gunn
billfischer@fbgpc.com

**John Andrew Kolanz, Esq.**
City Attorney's Office - Greeley Colorado
john.kolanz@greeleygov.com

**Carol D. Angel, Esq.**
Attorney General's Office - Colorado
Natural Resources Division
carol.angel@state.co.us

**Lois Witte, Esq.**
U.S. Department of Agriculture
Office of General Counsel
lois.witte@usda.gov

**Ellen J. Durkee, Esq.**
U.S. Department of Justice
Environment & Natural Resources Division
ellen.durkee@usdoj.gov

/s/ Lori Montano
Lori Montano